

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00712-CV

**IN THE INTEREST OF Z.M.**, a Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01197
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order of termination is AFFIRMED. We order no costs assessed because appellant is indigent.

SIGNED February 5, 2020.

Luz Elena D. Chapa, Justice